# UNITED STATES DISTRICT COURT
FOR THE
## SOUTHERN DISTRICT OF IOWA

### Amended Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:** Martin James Tirrell                  **Case Number:** 4:19-cr-00005-001

**Name of Sentencing Judicial Officer:** Stephanie M. Rose, Chief U.S. District Judge

**Date of Original Sentence:** January 20, 2021

**Original Offense:** 18 U.S.C. § 1341 – Mail Fraud

**Original Sentence:** 41 months imprisonment; 36 months supervised release; $1,462,829.55 restitution

**Date Original Supervision Commenced:** January 9, 2023

**Date Current Supervision Commenced:** January 9, 2023

**All Prior Reports & Actions:** June 28, 2023 – Information only report
March 14, 2025 – Modification Order
April 2, 2025 – Modification Order

---

### PETITIONING THE COURT

☐     To issue a warrant (Warrant previously issued on April 17, 2025).

☐     To issue a summons.

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below (new and updated information presented in italics):

**<u>Violations</u>**

1. Alcohol Use

<u>Nature of Noncompliance</u>

On April 10, 2025, during a phone contact with Mr. Tirrell, he admitted consuming alcohol on April 9, 2025.

**<u>Violations</u>**

2. Alcohol Use

3. New Law Violation

<u>Nature of Noncompliance</u>

On April 17, 2025, during an office contact, Mr. Tirrell admitted consuming alcohol on four occasions following April 9, 2025. During the contact, Mr. Tirrell was enrolled in the Remote Alcohol Testing program and provided a preliminary breath test that registered 0.102% breath alcohol content. Subsequently, Mr. Tirrell admitted consuming two to three "shots" of Captain Morgan this morning. He further admitted driving his vehicle to the probation office today.

*Violations*

4. *Alcohol Use*

5. *Failure to Comply with Remote Alcohol Testing*

*Nature of Noncompliance*

*On April 18, 2025, at 12:11 p.m., Mr. Tirrell provided preliminary breath test that registered 0.047% breath alcohol content. Subsequently, Mr. Tirrell admitted consuming alcohol at 11:00 a.m. prior to submitting the test. Furthermore, Between April 17 and 18, 2025, Mr. Tirrell missed 11 alcohol tests.*

U.S. Probation Officer Recommendation:

The term of supervision should be

    ☒  revoked.

    ☐  extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 21, 2025

by: _____

CJ Bauman
Supervisory U.S. Probation Officer

The United States Attorney's Office:

☒  Does not object to the proposed action.

☐  Objects but does not request a formal hearing be set.

Adam J. Kerndt
Assistant United States Attorney

☐  Objects and will petition the Court requesting that a formal hearing be set.

*Adam J. Kerndt*
Signature

A WARRANT FOR THE OFFENDER'S ARREST WAS PREVIOUSLY REQUESTED; THUS, NO ADDITIONAL ORDER IS REQUESTED.

PLEASE FILE FOR USE IN THE OFFENDER'S REVOCATION HEARING.